

# Non-Military Affidavit

State of New Jersey:
:SS
County of Union:

I, **Sarah Schmitt**, of full age, being duly sworn according to law, deposes and says:

1. I am a licensed investigator for Spartan Detective Agency, Inc. and as such perform those duties related to the business of private detectives.

2. I am not a party to the action of **CSR TKR, INC. D/B/A CABLEVISION OF RARITAN VALLEY** vs. **SUMIL GULATI**,

   with the Docket#: **05 CIV. 1663 (WJM)**,

   in the Superior Court of New Jersey, Venue.

3. On **April 26, 2005** by using due diligence and inquiring of:

   **Department of Defense - Manpower Data Center**

   it was clearly established that: **SUMIL GULATI** whose address is:

   **456 HORIZON DR     EDISON TWP, NJ  08817**

   is not in the armed forces of the United States at the present time, nor has he/she been ordered to report for induction under the Selective Training and Service Act, its supplements and amendments.

Subscribed and Sworn to me this
____ day of _____ 2005
Notary Signature
JESSICA _____
NOTARY PUB_____ JERSEY
My Comm_____ Feb. 27, 2009
Name of Notary    Commission Expiration

_____ L.S.

Attorney:   ALFONSO N. CAVA - PARALEGAL
Firm:       LEFKOWITZ, LOUIS, SULLIVAN & HOGAN - NEW YORK
Reference:  20050426170651